**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,** *ex rel.*
**VERITY INVESTIGATIONS, LLC,**
        **Plaintiff/Relator,**                **Case Number 2:24-cv-3937**
                                      **Judge Edmund A. Sargus, Jr.**
        **v.**                          **Magistrate Judge Kimberly A. Jolson**

**ATLAS INDUSTRIAL HOLDINGS, INC.,**
        **Defendant.**

## ORDER

This matter is before the Court on Plaintiff/Relator Verity Investigations, LLC's Notice of Voluntary Dismissal. (ECF No. 15.) Plaintiff/Relator brought this case under the False Claims Act, 31 U.S.C. § 3729 *et seq.* (ECF No. 1.) In June 2026, the United States declined to intervene in the action. (ECF No. 13.) Subsequently, Plaintiff/Relator filed the instant Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (ECF No. 15.)

Under 31 U.S.C. § 3730(b)(1), a False Claims Act action "may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." This requirement applies even if the United States has declined to intervene in the action. *United States v. Health Possibilities, P.S.C.*, 207 F.3d 335, 344 (6th Cir. 2000). Plaintiff/Relator's Notice of Voluntary Dismissal is improper because it contains no indication of whether the Attorney General consents to the dismissal. (*See* ECF No. 15.)

Accordingly, the Court **STRIKES** (ECF No. 15) Plaintiff/Relator Verity Investigations, LLC's Notice of Voluntary Dismissal. The Clerk is **DIRECTED** to reopen this case.

        **IT IS SO ORDERED.**

**7/27/2026**                                **s/Edmund A. Sargus, Jr.**
**DATE**                                    **EDMUND A. SARGUS, JR.**
                                          **UNITED STATES DISTRICT JUDGE**